## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Philip Edward Watson, | ) | Case No.: 1:23-cr-00231 |
| | ) | |
| Defendant. | ) | |

On December 20, 2023, the court set conditions of release as to Defendant. Defendant's release shall be subject to the previously imposed conditions, with the following addition. Defendant must contact the US Marshal Service at 701-333-0660 within 48 hours of his release on December 21, 2023, to arrange processing.

**IT IS SO ORDERED.**

Dated this 20th day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court